## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CARL STANLEY TURNER**
**ADC# 81306**                                                      **PLAINTIFF**

**v.**                        **CASE NO. 2:11CV00175 BSM/JTK**

**RAY HOBBS, Director**
**Arkansas Department of Correction, et al.**                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] and the filed objections [Doc. No. 9] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Turner's motion to proceed *in forma pauperis* [Doc. No. 1] is DENIED.

2.    Should Turner wish to continue this case, he is required to submit the statutory filing fee of $350.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3.    Turner's complaint [Doc. No. 2] is DISMISSED without prejudice.

An appropriate judgment shall accompany this order.

ORDERED this 18th day of October 2011.

UNITED STATES DISTRICT JUDGE