**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CARL STANLEY TURNER**
**ADC# 81306**                                                                                          **PLAINTIFF**

**v.**                             **CASE NO. 2:11CV00175 BSM/JTK**

**RAY HOBBS, Director**
**Arkansas Department of Correction, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 18th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE